■ RICHARD J. ZAPFEL, Appellant, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY, Respondent. (Action No. 1.) RICHARD J. ZAPFEL, Appellant, v NIAGARA FRONTIER TRANSPORTATION AUTHORITY et al., Respondents. (Action No. 2.) [735 NYS2d 443] —Order unanimously affirmed without costs (see, Civil Service Law § 205 [5] [d]; *Matter of Palumbo v Board of Educ.*, 60 AD2d 858). (Appeal from Order of Supreme Court, Erie County, Sedita, Jr., J.—Summary Judgment.) Present— Wisner, J. P., Hurlbutt, Kehoe and Burns, JJ.